IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERHARD VON DER RUHR, and <br> MARC VON DER RUHR, Individuals, and <br> SEPTECH, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> IMMTECH INTERNATIONAL, INC., <br> T. STEPHEN THOMPSON, GARY C. <br> PARKS and ERIC L. SORKIN, <br><br> Defendants. | Case No. 03 C 5335 <br><br> Judge Robert W. Gettleman |

**MOTION FOR ENTRY OF FINAL JUDGMENT ON COUNTS I, II AND IV**

Plaintiffs, Gerhard Von der Ruhr, Marc Von der Ruhr and Septech, Inc. (collectively "Plaintiffs"), by their attorneys, Michael Best & Friedrich LLP, respectfully requests that this Court enter final judgment on Counts I, II and IV and in so moving, state as follows:

1. The trial in this matter, with respect to Count I, II and IV, was held between December 3-7, 2007. (Doc. Entry Nos. 152-156.)

2. On December 7, 2007, the jury returned a verdict for Defendant Immtech on Count I and Plaintiff Gerhard Von der Ruhr on Counts II and IV. (Docket Entry No. 156.)

3. The parties attended a status conference on January 14, 2008, whereby Defendants' Renewed Motion for Judgment as a Matter of Law was denied. (Docket Entry No. 169.) No other post-trial motions are now pending.

4. The parties entered into a stipulation for entry of judgment on Count V and the Court entered judgment on Count V on January 29, 2008 (Docket Entry Nos. 170,

172.)

5.  Based on Plaintiffs' review of the record, final judgment has yet to be entered on Counts I, II and IV in accordance with the jury's verdict.

WHEREFORE, Plaintiffs respectfully request that this Court enter final judgment on Counts I, II and IV in accord with the jury verdict rendered in this matter.

Dated this 19th day of February, 2008.

    MICHAEL BEST & FRIEDRICH LLP

By: **s/ Belinda R. Belk**
Belinda R. Belk, SBN 1059021
100 East Wisconsin Avenue, 3300
Milwaukee, WI 53202-4108
T: 414-573-8535; F: 414-277-0656
brbelk@michaelbest.com

Attorney for Plaintiffs,
Gerhard Von der Ruhr, Marc Von der Ruhr, and Septech, Inc